# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**CLINTON E. KIRBY AND MARTHA B. KIRBY**                                       **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO. 2:09-cv-00182-DCB-JMR**

**BANK OF AMERICA, NA, AS SUCCESSOR IN
INTEREST TO COUNTRYWIDE BANK, FSB;
BAC HOME LOAN SERVICING, L.P., F/K/A
COUNTRYWIDE HOME LOAN SERVICING,
LP; AND RECONTRUST COMPANY, NA**                                     **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:   Clinton E. Kirby
      Martha B. Kirby
      3100 Prince George Road
      Hattiesburg, Mississippi 39402

Pursuant to Uniform Local Rule 5.3(c), notice is hereby given that on the date entered below I served the following discovery device:

1.   Separate Defendants', Bank of America, N.A. as successor in interest to Countrywide Bank, F.S.B. and Recontrust Company, N.A., *First Set of Interrogatories and Requests for Production of Documents Propounded to Plaintiffs*.

Pursuant to uniform Local Rule 5.3(c), I acknowledge my responsibilities as the custodian of the originals of the documents identified above.

THIS, the 1st day of October, 2010.

                        Respectfully submitted,

                        **BANK OF AMERICA, N.A. AS SUCCESSOR
                        IN INTEREST TO COUNTRYWIDE BANK,
                        F.S.B. AND RECONTRUST COMPANY, N.A.**
                        Defendants

                        By:   s/Stephen T. Masley
                              Stephen T. Masley
                              One of its Attorneys

OF COUNSEL:
G. Dewey Hembree, III, MSB # 2247
Stephen T. Masley, MSB # 101870
**McGLINCHEY STAFFORD, PLLC**
City Centre South, Suite 1100
200 South Lamar Street (Zip-39201)
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone:  (601) 960-8400
Facsimile:  (601) 960-8431
ghembree@mcglinchey.com
smasley@mcglinchey.com

**CERTIFICATE OF SERVICE**

    I, the undersigned Stephen T. Masley, McGlinchey Stafford, PLLC, attorneys for BANK OF AMERICA, N.A. AS SUCCESSOR IN INTEREST TO COUNTRYWIDE BANK, F.S.B. and RECONTRUST COMPANY, N.A., do hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant(s):

>Clinton E. Kirby
>Martha B. Kirby
>3100 Prince George Road
>Hattiesburg, Mississippi 39402

    This the 1st day of October, 2010.

                                                  s/Stephen T. Masley
                                                  OF COUNSEL

251634.1