**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**CLINTON E. KIRBY AND MARTHA B. KIRBY**                  **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO. 2:09-cv-00182-DCB-JMR**

**BANK OF AMERICA, NA, AS SUCCESSOR IN
INTEREST TO COUNTRYWIDE BANK, FSB;
BAC HOME LOAN SERVICING, L.P., F/K/A
COUNTRYWIDE HOME LOAN SERVICING,
LP; AND RECONTRUST COMPANY, NA**                          **DEFENDANTS**

### NOTICE OF SERVICE OF DISCOVERY

TO:     Clinton E. Kirby
           Martha B. Kirby
           3100 Prince George Road
           Hattiesburg, Mississippi 39402

Pursuant to Uniform Local Rule 5.3(c), notice is hereby given that on the date entered below I served the following discovery device:

1. Defendant's, BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P. improperly named as BAC Homes Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P. *First Set of Interrogatories and Requests for Production of Documents Propounded to Plaintiffs*.

Pursuant to uniform Local Rule 5.3(c), I acknowledge my responsibilities as the custodian of the originals of the documents identified above.

THIS, the 1st day of October, 2010.

Respectfully submitted,

**BAC HOME LOANS SERVICING, L.P., F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P.**
Defendants

By:   s/Stephen T. Masley
     Stephen T. Masley
     One of its Attorneys

OF COUNSEL:
G. Dewey Hembree, III, MSB # 2247
Stephen T. Masley, MSB # 101870
**McGLINCHEY STAFFORD, PLLC**
City Centre South, Suite 1100
200 South Lamar Street (Zip-39201)
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone:  (601) 960-8400
Facsimile:  (601) 960-8431
ghembree@mcglinchey.com
smasley@mcglinchey.com

**CERTIFICATE OF SERVICE**

I, the undersigned Stephen T. Masley, McGlinchey Stafford, PLLC, attorneys for BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P. improperly named as BAC Homes Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P., do hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant(s):

> Clinton E. Kirby
> Martha B. Kirby
> 3100 Prince George Road
> Hattiesburg, Mississippi 39402

This the 1st day of October, 2010.

s/Stephen T. Masley<br>
OF COUNSEL

251658.1